# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| BEATRICE WELLES ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 08-1399-JFW (PJWx) |
| TURNER ENTERTAINMENT CO ) | |
| *Defendant* ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Fernando Torres, Consor, 7342 Girard Ave, Suite 8, La Jolla, CA 92037-5159; 858/454-9091

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 312 North Spring Street, Los Angeles, CA 90012 | Courtroom No.: Judge Walter / Ctrm 16 |
|---|---|
| | Date and Time: 09/29/2009 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
All documents recording, summarizing and/or referencing statements made by David Quinto, Shahin Rezvani, Christopher Tayback and/or Katherine Chilton concerning claims made by Beatrice Welles against Turner Entertainment Co. or any person, firm or entity affiliated therewith.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   08/31/2009

CLERK OF COURT

_____     OR     _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Beatrice Welles
_____ , who issues or requests this subpoena, are:
Steven Ames Brown, 69 Grand View Avenue, San Francisco, California 94114-2741; 415/647-7700 tele; 415/285-3048 fax; sabrown@entertainmentlaw.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| STEVEN AMES BROWN<br>STEVEN AMES BROWN ENTERTAINMENT LAW<br>69 GRAND VIEW AVENUE<br>SAN FRANCISCO, CA 94114 | 13-99993 | |
| ATTORNEY FOR (NAME) PLAINTIFF | REFERENCE NUMBER<br>00194500-01 | |

Insert name of court and judicial district or branch court, if any:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT

SHORT NAME OF CASE
BEATRICE WELLES vs. TURNER ENTERTAINMENT CO

| Proof of Service | DATE:<br>09/29/09 | TIME:<br>08:30 am | DEPT/DIV:<br>16 | CASE NUMBER:<br>08-1399-JFW (PJWX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (specify documents):
SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

2. Party served (specify name of party as shown on the documents served): FERNANDO TORRES

3. By delivery    [ ] at home    [XX] at business    [ ] other
   a. date: 09/04/09
   b. time: 11:22 am
   c. address: 7342 GIRARD AVE, SUITE 8
              LA JOLLA, CA  92037

4. Manner of service (check proper box):
   a. [XX] Personal service. I personally delivered to and left copies with the party served.
       [XX] Witness fees were offered or demanded and paid. Amount: $ 172.00
   b. [ ] Substituted services on a corporation, unincorporated association (inlcuding partnership), or public entity. By leaving, during usual office hours, copies in the office of the party served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid), copies to the party served at the place where the copies were left. (C.C.P.415.20(a))
   c. [ ] Substituted service on a natural person, minor, incompetent, or candidate. By leaving copies at the dwelling house, usual place of abode, usual place of business, or usual mailing address other than a U. S. Postal Service post office box of the party served in the presence of a competent member of the household or person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the party served at the place where copies were left. (C.C.P.415.20(b))
   d. [ ] Date of mailing:                              From:

5. Person serving (name, address, and telephone number):
   C. DANKOWSKI
   7124 Owensmouth Ave., #106
   Canoga Park, Ca  91303
   (818) 763-6931

   a. Fee for service: $ 60.00
   b. [ ] Not a registered California process server
   c. [ ] Exempt from registration under B&P Section 22350(b)
   d. [XX] Registered California process server
       1. [ ] Employee of independent contractor
       2. Registration Number: 2240
       3. County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 09/04/09

   C. DANKOWSKI
   (PRINT NAME)                                           (SIGNATURE)

Computer-generated form

PROOF OF SERVICE

11120/ GPP