**STEVEN AMES BROWN**
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Telephone
415/285-3048 Fax
sabrown@entertainmentlaw.com

Attorney for Plaintiff/Counterdefendant

UNITED STATES DISTRICT COURT

CEMTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BEATRICE WELLES,<br><br>     Plaintiff,<br><br>    vs.<br><br>TURNER ENTERTAINMENT CO.,<br><br>     Defendant.<br>_____/<br><br>AND RELATED COUNTERCLAIMS<br>_____/ | Civil No. Cv-08-01399 JFW (PJWx)<br><br>PLAINTIFF'S FINAL WITNESS LIST<br><br><br><br><br><br>PTC:           September 25, 2009<br>Trial:          September 29, 2009<br><br>Judge: Hon. John F. Walter<br>Ctrm:  16 |

Plaintiff intends to call the following witnesses:

1. Katherine Chilton

Ms. Chilton will testify as to the actions she took and decisions she made with respect to Defendant's negotiation, performance, and breach of its two agreements with Plaintiff.

Time estimate: 5.5 hours

2. Thomas A. White.

Mr. White will testify as to his retention to provide Plaintiff with administration services and business advice with respect to *Citizen Kane*. He will testify as to his efforts to obtain and review information concerning Plaintiff's interests in *Citizen Kane* that led to Plaintiff initiating litigation. He will testify as to the documents he subsequently reviewed and understandings he reached as to Plaintiff's rights in *Citizen* Kane and the proposals made to settle her differences with Defendant. He will testify as to his conversations with Katherine Chilton concerning *Citizen* Kane and his conversations with other Turner executives. He will testify as to the business advice he gave Plaintiff concerning *Citizen Kane*. He will testify as to his background in the entertainment industries, including but not limited to the information he acquired and his experiences that formed his understanding of industry practices and trade usage that affected his decision for Plaintiff to enter into her agreements with Defendant.

Time estimate: 4 hours

3. Weston Anson and/or Dr. Fernando Torres.

Mr. Anson and Dr. Torres attended a meeting with the lead attorney representing Defendant who was responsible for the negotiation and drafting of its two contracts with Plaintiff. He was also the lead attorney who represented Defendant in Plaintiff's prior lawsuit against Turner. They will testify as to statements made by Turner's counsel concerning the claims raised by Plaintiff against Defendant while counsel was performing litigation duties on behalf of Defendant herein.

Time estimate: 0.5 hours

4.  Mark E. Halloran.

Mr. Halloran will testify as an expert.  He will testify as to the opinions and conclusions set forth in his expert report (which is incorporated herein) and the basis thereof.  Mr. Halloran will testify as to his knowledge and experience in motion picture business affairs and trade practices, including but not limited to, the trade usage of words by industry professionals negotiating, drafting and/or administering contacts in the motion picture and entertainment industries in 2005.

Time estimate: 2 hours

5.  Steven Sills.

Mr. Sills will testify as an expert.  He will testify as to the opinions and conclusions set forth in his expert report (which is incorporated herein) and the basis thereof.  Mr. Sills will testify as to his knowledge and experience in auditing motion picture distributors, including Defendant and the Warner Bros. companies.  He will testify about the information he obtained from reviewing accounting documents provided to him concerning *Citizen Kane*.  He will testify as to his opinions concerning the amount of profit participation due to Plaintiff under her 2005 and 2007 agreements with Defendant.  He will testify as to his opinions concerning the amount of a reasonable royalty due to Plaintiff under her two contracts with Defendant.

Time estimate: 2 hours

Cross-examination:

6.   Katherine Chilton.

Ms. Chilton will be cross-examined with respect to matters to which she testified on direct as part of Defendant's case.

Time estimate: 1 hour

///

7.  David Davis

1 Mr. Davis will be cross-examined about his qualifications, his direct testimony, the opinions to which he testified or which were contained in his report, or Defendant's offer of proof regarding his testimony, and the basis thereof, and documents and information he considered in preparing his report.

Time estimate: 2 hours

8. Robert Lind

He will be cross-examined about his qualifications, his direct testimony, the opinions and conclusions to which he testified or which were contained in his report, or Defendant's offer of proof regarding his testimony, and the basis thereof, and documents and information he considered in preparing his report.

Time estimate 2 hours

9. Steven Sills (Rebuttal)

Mr. Sills will testify as a rebuttal witness with respect to any accounting testimony proffered by any Defense witness, as well as any mischaracterizations of Mr. Sills' report or his testimony.

Time estimate: 1.5 hours.

10. Mark Halloran (Rebuttal)

Mr. Halloran will testify as a rebuttal witness with respect to any industry practice testimony proffered by any Defense witness, as well as any mischaracterizations of Mr. Halloran's report or his testimony.

Dated: September 22, 2009

Respectfully submitted,

/x/
STEVEN AMES BROWN
Attorney for plaintiff