JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatrice Welles, | Case No. **CV 08-1399-JFW (PJWx)** |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| Turner Entertainment Co., | |
| Defendants. | |

    THE COURT has been advised by counsel that although this action has been settled, counsel require additional time to document the settlement.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 30 days, to re-open the action. During this 30 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

In the event a motion or *ex parte* application to re-open is not filed within 30 days, the dismissal of this action will be with prejudice.

Dated: September 25, 2009

                                          JOHN F. WALTER
                                          United States District Judge